## North Chicago Street Railroad Company v. Jacob Rosenberg.

1. RULES OF COURT.—*Consequences of a Non-compliance with.*—For a want of compliance with the rules of this court relating to the filing of briefs and abstracts, the judgment of the court below will be affirmed. .

Error to the Circuit Court of Cook County; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court at the March term, 1896. Affirmed. Opinion filed March 31, 1896.

EDMUND FURTHMANN, attorney for plaintiff in error.

ISRAEL COWEN, attorney for defendant in error.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

Upon an application for a supersedeas certain briefs and abstracts were submitted to the court; no others have been presented.

These briefs and abstracts are not such as the rules of this court require shall be filed upon a hearing. For want of compliance with the rules of this court the judgment of the Circuit Court is affirmed.